# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr131-MHT |
| | ) | (WO) |
| STEPHEN ANTHONY CAFFEY, JR., a/k/a Steven Anthony Caffey, | ) ) ) | |

## ORDER

Because the court is without authority, see United States v. Lett, 483 F.3d 782 (11th Cir. 2007), it is ORDERED that defendant Stephen Anthony Caffey's motion to modify the pronounced sentence (doc. no. 306) is denied.

DONE, this the 6th day of December, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**