IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CR. NO. 2:17-cr-131-MHT |
| | ) | (WO) |
| MICHAEL WESLEY FLYNN | ) | |
| STEVEN ANTHONY CAFFEY | ) | |
| CHRISTOPHER MICHAEL PARKER | ) | |
| JESSICA CHRISTINA SCALI | ) | |
| WILLIAM HAYDEN SEARCY | ) | |
| JUDGE STOKES, JR. | ) | |
| MELISSA JACQUELYN COOPER | ) | |
| ROBERT JOHN KELLY | ) | |

## RESTITUTION ORDER

A restitution hearing was held on April 13, 2018, for the six defendants who had been sentenced in this case by April 13, 2018. *See* Order (doc. no. 455). Defendants Michael Flynn, Steven Caffey, Jessica Scali, Christopher Parker, William Searcy, and Judge Stokes, Jr. were all sentenced for committing the crime of conspiracy to commit bank and wire fraud in violation of 18 U.S.C. § 1349; and Flynn was also sentenced for one count of passing and uttering counterfeit obligations of the United States in violation of 18 U.S.C. § 472, and one count of possession of stolen mail in violation of 18 U.S.C. § 1708. *See* Judgments (doc. nos. 329, 353, 372, 439, 442, & 450).

Under the Mandatory Victim Restitution Act (MVRA), the court must order restitution for the victims of crimes, including as in this case, victims of fraud. *See* 18 U.S.C. § 3663A(a)(1) and (c)(1)(A)(ii). The court has considered the representations by the parties on the record including the fact that no party has any objections to the restitution figures proposed by the government, the court finds that the overall restitution due and owing in this case is

$14,736.26.

***

It is therefore ORDERED that restitution is granted against each defendant and in favor

of each victim as follows:

**Michael Flynn**

| Restitution Amount per victim | Victim to be reimbursed |
|---|---|
| $206.44 | Regions Bank |

**Total Restitution owed by Michael Flynn $206.44.**

**Jessica Scali**

| Restitution amount per victim | Victim to be reimbursed |
|---|---|
| $300.00 | ASE Credit Union |
| $300.00 | (BBVA) Compass Bank |
| $25 | Private Citizen B.M. |
| $796.01 | Max Federal Credit Union |
| $125.00 | PNC Bank |
| $210.00<br>$200.00<br>$154.00<br>(Total: $564.00) | Regions Bank |
| $129.25<br>$400.00<br>$300.00<br>(Total: $829.25) | USAA Federal Savings Bank |
| $479.00<br>$600.00<br>$450.00<br>(Total:$1,529) | Wells Fargo |

**Total Restitution owed by Jessica Scali $4,468.26**.

**Steven Caffey**

| Restitution Amount per victim | Victim to be reimbursed |
|---|---|
| $277.66<br>$300.00<br>$150.00<br>(Total: $727.66) | Max Federal Credit Union |
| $210.00<br>$200.00<br>$212.45<br>$225.25<br>$289.00<br>$153.72<br>(Total: $1290.42) | Regions Bank |
| $200.00 | Wells Fargo |

**Total Restitution owed by Steven Caffey $2,218.08.**

**Christopher Parker**

| Restitution Amount | Victim to be reimbursed |
|---|---|
| $288.85 | BB&T |
| $2,765.33 | Trustmark National Bank |
| $733.00 | Wells Fargo |

**Total Restitution owed by Christopher Parker $3,787.18.**

**William Searcy**

| Restitution Amount per victim | Victim to be reimbursed |
|---|---|
| $200.00 | (BBVA) Compass |
| $320.00 | Chase Bank |
| $180.00<br>$100.00<br>$200.00<br>(Total: $480.00) | Regions Bank |
| $240.00 | Wells Fargo |

**Total Restitution owed by William Searcy $1,240.00.**

**Judge Stokes**

| Restitution Amount per victim | Victim to be reimbursed |
|---|---|
| $52.00<br>$746.14 | BB&T |

**Total Restitution owed by Judge Stokes $798.14.**

It is further ORDERED that amended judgments will be entered for defendants Flynn, Caffey, Scali, Parker, Searcy, and Stokes.

It is further ORDERED that the issue of restitution is reserved as to the remaining two defendants who have not yet been sentenced in this case, Melissa Cooper and Robert Kelly, for a future sentencing or restitution hearing date to be determined by this Court.

Done this the 13th day of  April , 2018.

/s/ Myron H. Thompson
United States District Court Judge